United States District Court

## Violation Notice

(Rev. 1/2019)

(For issuance of an arrest warrant or summons)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| LA98 | 9671959 | NUNN | N1399 |

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 04/07/2021, 523PM | 46.2-1082 |

Place of Offense

ELM STREET, HAMPTON, VA. 23665

Offense Description: Factual Basis for Charge          HAZMAT ☐

INADEQUATE MIRRORS.

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| GILLESPIE | AUSTIN | S |

Street Address

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| XFW 1931 | VA | 2006 | CHEVY/IMPALA | | SILVER |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See instructions. | B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ 75   Forfeiture Amount

+ $30  Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →

$ 105   Total Collateral Due

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| U.S. DISTRICT COURT 2400 WEST AVE THIRD FLOOR, ROOM TWO NEWPORT NEWS, VA 23607. | 16 JUNE 2021 |
| | Time: 0830 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9671959*

---

(For issuance of an arrest warrant or summons)

I state that on APRIL 7 , 20 21 while exercising my duties as a law enforcement officer in the EASTERN District of VIRGINIA

OBSERVED A SILVER SEDAN TRAVELLING ON ELM STREET NEXT TO SHELLBANK GSPA WITH NO DRIVER SIDE MIRROR, INITIATED TRAFFIC STOP. SPOKE WITH DRIVER, DRIVER ADMITTED HITTING TREE COUPLE MONTHS AGO, DRIVER CALM/COMPLIANT.

The foregoing statement is based upon:

☒ my personal observation     ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/07/2021

Date (mm/dd/yyyy)          Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:

Date (mm/dd/yyyy)          U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 06/08/2021 14:23